IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES SMALL
BUSINESS ADMINISTRATION                                              PLAINTIFF

v.                                                         CAUSE NO. 1:13CV242-LG-JMR

LYNN E. NELSON                                                        DEFENDANT

## JUDGMENT

This matter having come on to be heard on the plaintiff's Motion for Summary Judgment, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of plaintiff, the United States Small Business Administration.  The United States Small Business Administration is awarded possession of the property located at 23107 Coelho Way, Diamondhead, Mississippi, plus the costs of this action.

**SO ORDERED AND ADJUDGED** this the 10th day of April, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE